CARY D. MCREYNOLDS, #191112
R.M. BONNIFIELD, #60616
NICHOLAS ROSCHA, #181501
ANDERSEN & BONNIFIELD
One Corporate Centre
1320 Willow Pass Road, Suite 500
Concord, California 94520
Telephone: (925) 602-1400

Attorneys for Defendants
ANTIOCH PAVING CO., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BONILLA as CHAIRMAN and GIL CROSTHWAITE as CO-CHAIRMAN of the BOARDS OF TRUSTEES FOR THE OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND, PENSION FUND FOR OPERATING ENGINEERS, PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND, OPERATING ENGINEERS VACATION AND HOLIDAY TRUST FUND, NORTHERN CALIFORNIA PREAPPRENTICE, APPRENTICE AND JOURNEYMAN AFFIRMATIVE ACTION TRAINING FUND, OPERATING ENGINEERS CONTRACT ADMINISTRATION FUND FOR NORTHERN CALIFORNIA, OPERATING ENGINEERS INDUSTRY STABILIZATION TRUST FUND AND OPERATING ENGINEERS MARKET PRESERVATION TRUST FUND, <br><br>　　　　　　Plaintiffs, <br><br>　　　　　　v. <br><br>ANTIOCH PAVING CO., INC., a California corporation; and RICHARD H. ALLISON, an Individual, <br><br>　　　　　　Defendants. | CASE NO.: C05-4943 <br><br> STIPULATION ENLARGING TIME FOR FILING OF ANSWER |

Plaintiffs JOHN BONILLA as CHAIRMAN and GIL CROSTHWAITE as CO-

Stipulation Enlarging Time　　　　　　　　　　　1

1  CHAIRMAN of the BOARDS OF TRUSTEES FOR THE OPERATING ENGINEERS HEALTH
2  AND WELFARE TRUST FUND, PENSION FUND FOR OPERATING ENGINEERS,
3  PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND, OPERATING
4  ENGINEERS VACATION AND HOLIDAY TRUST FUND, NORTHERN CALIFORNIA
5  PREAPPRENTICE, APPRENTICE AND JOURNEYMAN AFFIRMATIVE ACTION
6  TRAINING FUND, OPERATING ENGINEERS CONTRACT ADMINISTRATION FUND FOR
7  NORTHERN CALIFORNIA, OPERATING ENGINEERS INDUSTRY STABILIZATION
8  TRUST FUND AND OPERATING ENGINEERS MARKET PRESERVATION TRUST FUND
9  ("Plaintiffs") and Defendants ANTIOCH PAVING CO., INC., a California corporation; and
10 RICHARD H. ALLISON, an Individual ("Defendants"), stipulate and agree to the following,
11 pursuant to Local Rule 6-2:

12  1.  Defendant shall be given a thirty (30) day extension to answer the Complaint of
13 Plaintiffs;

14  2.  Each party will bear its own attorney's fees and costs relating to this Stipulation;
15 and

16  3.  The parties' agreement is made based upon the attached Declaration of Cary D.
17 McReynolds, attorney for Defendants.

18 DATED:    December _30_, 2005

19                                             STANTON, KAY & WATSON, LLP
                                               Attorneys for Plaintiffs
20

21
                                               By: ____/s/_____
22                                                   JAMES P. WATSON

23 DATED:    December _29_, 2005

24                                             ANDERSEN & BONNIFIELD
                                               Attorneys for Defendants
25

26
                                               By: _____/s/_____
27                                                   CARY D. McREYNOLDS

28 ///

Stipulation Enlarging Time                              2

1 **ORDER**

2  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3 DATED: ~~December __, 2005~~

4        January 6, 2005

5  _____

6  JEFFREY S. WHITE
   Judge of the United States District Court

7

8 I hereby attest that I have on file all holographic signatures for any signatures indicated by a

9 "conformed" signature (/s/) within this efiled document.

10 By: /s/ Cary D. McReynolds

11

12 J:\ANTIOCH\OPERATINGENGINEERS\PLDG\STIPULATION-conformed.wpd

Stipulation Enlarging Time                3