**United States District Court**
For the Northern District of California

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7
8                FOR THE NORTHERN DISTRICT OF CALIFORNIA
9   BONILLA, ET AL,
10          Plaintiffs,                          No. C 05-04943 JSW
11   v.
12   ANTIOCH PAVING CO. INC., ET AL,            **ORDER OF REFERRAL**
13          Defendants.
                                        /
14
15          Pursuant to Local Rule 72-1 and the consent of the parties, this matter is referred to a
16   randomly assigned magistrate for all purposes including trial and entry of judgment.
17          The parties will be advised of the date, time and place of the next appearance by notice
18   from the assigned magistrate judge.
19
20          **IT IS SO ORDERED.**
21
22   Dated:  February 24, 2006                   _____
23                                               JEFFREY S. WHITE
                                                 UNITED STATES DISTRICT JUDGE
24
25   cc: Wings Hom
26
27
28