| | |
|---|---|
| 1 | James P. Watson (SBN 046127)<br>Bruce K. Leigh (SBN 129753) |
| 2 | Anne Bevington (SBN 111320)<br>STANTON, KAY & WATSON, LLP |
| 3 | 101 New Montgomery Street, Fifth Floor<br>San Francisco, CA 94105-3612 |
| 4 | Telephone: 415-512-3501<br>Facsimile: 415-512-3515 |
| 5 | E-Mail: jamesw@skwsf.com |
| 6 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BONILLA as CHAIRMAN and GIL CROSTHWAITE as CO-CHAIRMAN of the BOARDS OF TRUSTEES FOR THE OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND, PENSION FUND FOR OPERATING ENGINEERS, PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND, OPERATING ENGINEERS VACATION AND HOLIDAY TRUST FUND, NORTHERN CALIFORNIA PREAPPRENTICE, APPRENTICE AND JOURNEYMAN AFFIRMATIVE ACTION TRAINING FUND, OPERATING ENGINEERS CONTRACT ADMINISTRATION FUND FOR NORTHERN CALIFORNIA, OPERATING ENGINEERS INDUSTRY STABILIZATION TRUST FUND AND OPERATING ENGINEERS MARKET PRESERVATION TRUST FUND,<br><br>Plaintiffs,<br><br>v.<br><br>ANTIOCH PAVING CO., INC., a California corporation; and RICHARD H. ALLISON, an Individual,<br><br>Defendants. | CASE NO. C-05-4943 BZ<br><br>STIPULATION FOR DISMISSAL; ~~(PROPOSED)~~ ORDER FOR DISMISSAL |

IT IS HEREBY STIPULATED by and between JOHN BONILLA and GIL CROSTHWAITE, as Chairman and Co-Chairman, respectively, of the BOARDS OF TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND, PENSION FUND FOR OPERATING ENGINEERS, PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND,

- 1 -
STIPULATION DISMISSAL; (PROPOSED) ORDER FOR DISMISSAL [CASE NO. C-05-4943 JSW]

1  OPERATING ENGINEERS VACATION AND HOLIDAY TRUST FUND, NORTHERN
2  CALIFORNIA PREAPPRENTICE, APPRENTICE AND JOURNEYMAN AFFIRMATIVE ACTION
3  TRAINING FUND, OPERATING ENGINEERS CONTRACT ADMINISTRATION FUND FOR
4  NORTHERN CALIFORNIA, OPERATING ENGINEERS INDUSTRY STABILIZATION TRUST
5  FUND AND OPERATING ENGINEERS MARKET PRESERVATION TRUST FUND ("Plaintiffs")
6  and ANTIOCH PAVING CO., INC. and RICHARD H. ALLISON ("Defendants"), through their
7  respective counsel, as follows:

8      1.    This stipulation is entered into in connection with the settlement of this action. The Settlement Agreement of the parties, executed concurrently with this stipulation, shall be incorporated into the Court's Order for Dismissal, and the Court shall retain jurisdiction of this action for purposes of enforcing the Settlement Agreement, including but not limited to entry of a stipulated judgment against the defendants;

13      2.    This action shall be dismissed with prejudice, subject to the Court's retention of jurisdiction as described in Paragraph 1, above, each party to bear his/her/its own costs and attorneys' fees except as reflected in the parties' Settlement Agreement.

DATED: 5/30/06      STANTON, KAY & WATSON, LLP

By: _Anne Bevington_
Anne Bevington
Attorneys for Plaintiffs

DATED: 5/16/06      ANDERSEN & BONNIFIELD

By: _____
Cary D. McReynolds
Attorneys for Defendants

---

**ORDER FOR DISMISSAL**

It is so ordered.

DATED: 6/4/2006      _____
HON. BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED — Judge Bernard Zimmerman — United States District Court, Northern District of California*

F:\CASES\30\32.201 Antioch Paving\STIP FOR DISMISSAL.doc

- 2 -
STIPULATION DISMISSAL; (PROPOSED) ORDER FOR DISMISSAL [CASE NO. C-05-4983 JSW]